**Eric FLORES, Appellant**

v.

**ATTORNEY GENERAL of the UNITED STATES, Department of Justice, et al., Appellees.**

**No. 12–5053.**

United States Court of Appeals, District of Columbia Circuit.

Aug. 1, 2012.

**6**

Eric Flores, El Paso, TX, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge, and TATEL and BROWN, Circuit Judges.

### JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed January 19, 2012 be affirmed. The court correctly held that a *pro se* litigant may not prosecute a case in federal court on behalf of others, *see* 28 U.S.C. § 1654, the complaint is in any event clearly frivolous, and no certification to the Supreme Court is warranted.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.